IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| KELVIN CARTER, #224404, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:04-cv-104-MEF |
| | ) | |
| DONAL CAMPBELL, *et al.*, | ) | (WO) |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on May 8, 2006 (Doc. #22), said Recommendation is hereby ADOPTED and it is the ORDER, JUDGMENT and DECREE that:

1. The motion for summary judgment filed on behalf of DeLoach, Campbell, Smith and Richburg (Doc. #12) is GRANTED and the claims asserted against these defendants are DISMISSED with prejudice.

2. The motion for summary judgment filed on behalf of Steele with respect to plaintiff's claims of retaliation, conspiracy, and failure to prevent a violation of 42 U.S.C. § 1985 (Doc. #12) is GRANTED and the claims asserted against Steele are DISMISSED with prejudice.

3. The motion for summary judgment filed on behalf of Steele regarding the excessive force claim (Doc. #12) is DENIED.

4. DeLoach, Campbell, Smith and Richburg are DISMISSED as parties to this cause

of action.

    5.  The excessive force claim against Steele will be set for a jury trial.

DONE this 26th day of May, 2006.

                                                             /s/ Mark E. Fuller  
                                        CHIEF UNITED STATES DISTRICT JUDGE